# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-1631-GW(Ex) | Date | December 15, 2017 |
| Title | *Michael Rocca v. David Lidgi, Trustee of the Lidgi Family 1996 Living Trust dated June 4, 1996, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On December 13, 2017, Plaintiff Michael Rocca filed a Notice of Settlement. The Court sets an Order to Show re: Settlement Hearing for February 15, 2018 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on February 14, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer  JG